**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

RICKEY ALFORD,            )   NO. CV 18-03718-AB (AS)
                            )
          Petitioner,  )
                            )
      v.             )        **JUDGMENT**
                            )
JOSIE GASTELO, Warden,   )
                            )
          Respondent.  )
                            )

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

          DATED: January 24, 2019

                                  _____
                                  ANDRÉ BIROTTE JR.
                           UNITED STATES DISTRICT JUDGE